IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HURSTLE WATSON and KEITH PURCELL, | )<br>)<br>) |
| Plaintiffs, | ) CIVIL ACTION NO.:<br>) 1:12-cv-00898-WSD |
| v. | )<br>) |
| HARRIS DIVERSIFIED, LLC and RICHARD LEE HARRIS, | )<br>)<br>) |
| Defendants. | ) |

## ORDER

This case is before the Court on the parties' Joint Motion To Approve The Settlement Of Plaintiffs' Claims Under The Fair Labor Standards Act ("FLSA").

On March 16, 2012, plaintiffs Hurstle Watson and Keith Purcell filed this lawsuit claiming violations of the FLSA covering the period of plaintiffs' employment. The parties have agreed to settle this dispute and have filed this Motion seeking approval of the settlement, along with a copy of the proposed Settlement Agreement.

The parties have agreed to settle the FLSA claims of the plaintiffs for the payment by defendants of the amounts identified in the parties' Motion.

1

The amounts are composed of a settlement payment to each plaintiff representing alleged unpaid back overtime, plus the payment of plaintiffs' attorney's fees and costs.

Having reviewed the parties' Motion and the parties' Settlement Agreement, the Court makes the following findings:

1. This case involves a bona fide dispute as to liability and damages regarding provisions of the Fair Labor Standards Act.

2. In view of the litigation risks faced by each party, the settlement is fair and reasonable as to the plaintiffs' claims.

3. After reviewing the statements of services provided by plaintiffs' counsel, the attorney's fees and costs defendants shall pay in the amounts identified in the parties' Motion are fair and reasonable.

Based on the foregoing, the parties' Joint Motion To Approve The Settlement Of Plaintiffs' Claims Under The Fair Labor Standards Act is hereby **GRANTED**, and the Settlement Agreement between the parties is hereby **APPROVED.**

Defendants are **ORDERED** to pay the plaintiffs the settlement amounts identified in the parties' Motion and Settlement Agreement.

Defendants are further **ORDERED** to pay plaintiffs' counsel as attorney's fees and costs the total amounts identified in the parties' Motion

and Settlement Agreement.

In accordance with the terms of the Settlement Agreement, defendants are **ORDERED** to tender all payments to plaintiffs' counsel within seven (7) days after the entry of this Order, and the parties shall thereafter file a stipulation of dismissal with prejudice.

**SO ORDERED**, this \_\_11th\_\_ day of \_\_June\_\_, 2012.

_____
WILLIAM S. DUFFEY, JR.
United States District Judge

3